SECRET

# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## SOUTHWESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>**TRENTON DAVID FICKLE,**<br>[DOB: 10-29-2002]<br><br>　　　　　Defendant. | No. 26-05003-01-CR-SW-RK<br><br>**COUNTS 1, 2, and 3**<br>18 U.S.C. § 933(a)(1)<br>18 U.S.C. § 933(a)(2)<br>18 U.S.C. § 933(a)(3)<br>18 U.S.C. § 933(b)<br>NMT 15 Years Imprisonment<br>NMT $250,000 Fine<br>NMT 3 Years Supervised Release<br>Class C Felony<br><br>**COUNT 4**<br>18 U.S.C. §§ 922(g)(3) and 924(a)(8)<br>NMT 15 Years Imprisonment<br>NMT $250,000 Fine<br>NMT 3 Years Supervised Release<br>Class C Felony<br><br>**COUNTS 5, 6, 7, and 8**<br>18 U.S.C. §§ 922(a)(6) and 924(a)(2)<br>NMT 10 Years Imprisonment<br>NMT $250,000 Fine<br>NMT 3 Years Supervised Release<br>Class C Felony<br><br>**FORFEITURE ALLEGATION**<br>18 U.S.C. § 924(d)<br>28 U.S.C. § 2461(c)<br><br>$100 Special Assessment (Each Count of Conviction) |

# I N D I C T M E N T

**THE GRAND JURY CHARGES THAT:**

## COUNT 1

Beginning on an unknown date, but as early as January 3, 2023, and continuing through September 10, 2025, said dates being approximate, in Jasper County, in the Western District of Missouri, and elsewhere, the defendant, **TRENTON DAVID FICKLE**, did knowingly conspire and agree with persons known and unknown to the grand jurors to ship, transport, transfer, cause to be transported, or otherwise dispose of one or more firearms, including, but not limited to the following:

1. A Glock frame and receiver, bearing serial number BZXL489;

2. A Taurus pistol, bearing serial number AGM632747;

3. A Spike's Tactical rifle, bearing serial number VK011256;

4. A Walther pistol, bearing serial number 15185GA;

to another person, in and affecting interstate and foreign commerce, knowing or having reasonable cause to believe that the use, carrying, and possession of a firearm by the recipient would constitute a felony (as defined in section 932(a)), all in violation of Title 18, United States Code, Sections 933(a)(3) and (b).

## COUNT 2

On or about May 21, 2025, in Jasper County, in the Western District of Missouri, and elsewhere, the defendant, **TRENTON DAVID FICKLE**, did ship, transport, transfer, cause to be transported, or other dispose of one or more firearms, including, but not limited to the following:

1. A Glock frame and receiver, bearing serial number BZXL489; and

2. A Taurus, G3, 9mm pistol, bearing serial number AGM632747

to another person, in and affecting interstate and foreign commerce, knowing or having reasonable cause to believe that the use, carrying, and possession of a firearm by the recipient would constitute a felony (as defined in section 932(a)), all in violation of Title 18, United States Code, Sections 933(a)(1) and (b).

## COUNT 3

On or about June 10, 2025, in Jasper County, in the Western District of Missouri, and elsewhere, the defendant, **TRENTON DAVID FICKLE**, did ship, transport, transfer, cause to be transported, or other dispose of one or more firearms, including, but not limited to the following:

1. A Spike's Tactical rifle, bearing serial number VK011256; and
2. A Walther pistol, bearing serial number 15185GA

to another person, in and affecting interstate and foreign commerce, knowing or having reasonable cause to believe that the use, carrying, and possession of a firearm by the recipient would constitute a felony (as defined in section 932(a)), all in violation of Title 18, United States Code, Sections 933(a)(1) and (b).

## COUNT 4

Beginning on an unknown date, but as early as January 3, 2023, and continuing through September 10, 2025, said dates being approximate, in Jasper County, in the Western District of Missouri, and elsewhere, the defendant, **TRENTON DAVID FICKLE**, knowing that he was an unlawful user of a controlled substance as defined in 21 U.S.C. § 802, knowingly possessed one or more firearms, which had been transported in interstate commerce, all in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(8).

## COUNT 5

On or between February 14, 2024, and October 28, 2024, within Jasper County, in the Western District of Missouri, the defendant, **TRENTON DAVID FICKLE**, in connection with the acquisition of firearms from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement, to a licensed dealer of firearms, Liberty Tree Guns, which statement was intended and likely to deceive a licensed dealer of firearms, as to a fact material to the lawfulness of such acquisition of the said firearm to the defendant under chapter 44 of Title 18, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, to the effect that that he was not an unlawful user of, or addicted to, marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance, when in fact as the defendant then knew, he was an unlawful user of marijuana, all in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 6

On or between March 27, 2024, and December 17, 2024, within Jasper County, in the Western District of Missouri, the defendant, **TRENTON DAVID FICKLE**, in connection with the acquisition of firearms from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement, to a licensed dealer of firearms, Rayzor's Edge Tactical, which statement was intended and likely to deceive a licensed dealer of firearms, as to a fact material to the lawfulness of such acquisition of the said firearm to the defendant under chapter 44 of Title 18, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, to the effect that that he was not an unlawful user of, or addicted to,

marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance, when in fact as the defendant then knew, he was an unlawful user of marijuana, all in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 7

On or between March 6, 2024, and October 11, 2024, within Jasper County, in the Western District of Missouri, the defendant, **TRENTON DAVID FICKLE**, in connection with the acquisition of firearms from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement, to a licensed dealer of firearms, Joplin Centerfire, which statement was intended and likely to deceive a licensed dealer of firearms, as to a fact material to the lawfulness of such acquisition of the said firearm to the defendant under chapter 44 of Title 18, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, to the effect that that he was not an unlawful user of, or addicted to, marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance, when in fact as the defendant then knew, he was an unlawful user of marijuana, all in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 8

On or about May 30, 2025, within Jasper County, in the Western District of Missouri, the defendant, **TRENTON DAVID FICKLE**, in connection with the attempted acquisition of a firearm, a Spike's Tactical receiver bearing serial number VK011256, from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement, to a licensed dealer of firearms, Joplin Centerfire, which statement was intended and likely to deceive a licensed dealer of firearms, as to a fact material to the

lawfulness of such acquisition of the said firearm to the defendant under chapter 44 of Title 18, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, to the effect that that he was the actual buyer of the firearm indicated on the Form 4473, when in fact as the defendant then knew, he was not the actual buyer of the firearm, and to the effect that that he was not an unlawful user of, or addicted to, marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance, when in fact as the defendant then knew, he was an unlawful user of marijuana, all in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## FORFEITURE ALLEGATION

The allegations contained in Counts 1 through 9 of this Indictment are re-alleged and incorporated by reference as though set forth fully here in for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense set forth in this Indictment, the defendant shall forfeit to the United States any firearms and ammunition involved or used in the commission of the offenses seized on September 10, 2025, during the traffic stop of the defendant and/or during the execution of the federal search warrant, all pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

**A TRUE BILL.**

*SIGNATURE ON FILE WITH USAO*
**FOREPERSON OF THE GRAND JURY**

*Stephanie L. Wan*
**STEPHANIE L. WAN**
Assistant United States Attorney
Missouri Bar #58918

Dated: January 27, 2026
Springfield, Missouri