Reset Form

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CRIMINAL CASE COVER SHEET

**County of Offense / Division of Filing**

Jasper / Southwestern

**Matter to be Sealed**

☒ Secret Indictment
☐ Juvenile

**Defendant Information**

Defendant Name: Trenton David Fickle

Alias Name:

Birth Date: 10-29-2002

**Related Case Information**

Superseding Indictment? ☐ Yes  ☒ No   If yes, original case number:
New Defendant(s)? ☒ Yes  ☐ No

Prior Complaint Case Number, if any:

Prior Target Letter Case Number, if any:

**U.S. Attorney Information**

AUSA  Wan, Stephanie L.

**Interpreter Needed?**

☐ Yes   Language and/or Dialect:
☒ No

**Location Status**

Arrest Date:

☐ Currently in Federal Custody
☐ Currently in State Custody
☐ Currently on Bond

Writ Required?   ☐ Yes  ☒ No
Warrant Required?  ☒ Yes  ☐ No

**U.S.C. Citations**

Total # of Counts:  8 counts w/FA

| Set | Index Key & Description of Offense Charged | Count(s) |
|---|---|---|
| 1 | 18:933a1(Conspiracy to trafficking in firearms) | 1-3 |
| 2 | 18:922G.F UNLAWFUL TRANSPORT OF FIREARMS, ETC. | 4 |
| 3 | 18:922A.F IMPORTING/MANUFACTURING FIREARMS | 5-8 |
| 4 | 18:924D.F SEIZURE, FORFEITURE AND DISPOSITION OF FIREARM | Forfeiture Allegation |

(May be continued on reverse)

revised: 01/08/2025