# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
_____ *Southwestern* _____ DIVISION

_____ USA _____ ,          )
                                   )
**Plaintiff,**                     )
                                   )
vs,                                )          **Case No.:** _2:26-5003-01-CR-SW-RK_
                                   )
_Trenton David Fickle_ ,           )
                                   )
**Defendant.**                     )

_____ *Deft* _____ **'S EXHIBIT INDEX**
**(PAGE 1)**

| ✓  | = offered & admitted w/o objection | Ltd | = admitted for limited purposes |
|----|-----------------------------------|-----|----------------------------------|
| Ex | = offered, but objected to and excluded | X | = offered & admitted over objection |
| DB | = admitted, de bene | NO | = marked, but not offered |
|    |  | WD | = offered, then withdrawn |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 1 | ✓, Ltd | 2/3/26 | 11:45am | Letter(s) |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Page # 1:   I CERTIFY that I have on this date (_____), received from the Clerk. U.S. District Court, Western District of Missouri, the numbered exhibits listed in this document (and all subsequent attached pages, if applicable), for which I will hold myself responsible.

_____          _____
Signature                          Name