**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION**

**UNITED STATES OF AMERICA,**

Plaintiff,

**v.**

**Case No. 26-05003-01-CR-SW-MBB**

**TRENTON DAVID FICKLE,**

Defendant.

## NOTICE AND BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY

The United States of America hereby files the following Notice and Bill of Particulars for Forfeiture of Property.

The Forfeiture Allegation of the Indictment pending in this case seeks forfeiture of any firearms and ammunition involved or used in the commission of the offenses seized on September 10, 2025, during the traffic stop of the defendant and/or during the execution of the federal search warrant, all pursuant to the provisions of Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

The United States hereby gives notice that it is seeking forfeiture of the following property seized on September 10, 2025:

1. A Glock pistol, bearing serial number BNEG908, seized at 530 West Fir Road, Carthage MO;

2. A Griffin Armament, pistol bearing serial number MK207503, seized at 530 West Fir Road, Carthage MO;

3. A Glock pistol, bearing serial number AKMV885, seized pursuant to a federal search warrant;

4. A SCT pistol, bearing serial number AAB0011093, seized pursuant to a federal search warrant;

5. An Anderson Manufacturing pistol, bearing serial number 23027866, seized pursuant to a federal search warrant;

6. A Taurus pistol bearing serial number AEK751890, seized pursuant to a federal search warrant;

7. A firearm silencer, seized pursuant to a federal search warrant;

8. Approximately 867 rounds of assorted ammo seized pursuant to a federal search warrant;

9. Approximately 83 rounds of assorted ammo seized pursuant to a federal search warrant; and

10. Approximately 30 rounds of assorted ammo seized at 530 West Fir Road, Carthage, MO,

as property involved or used in the commission of the offenses alleged in Counts One through Eight of the Indictment.

Respectfully submitted,

R. MATTHEW PRICE
United States Attorney

By

*/s/Stephanie L. Wan*
Stephanie L. Wan
Assistant United States Attorney
Missouri Bar #58918
901 St. Louis Street, Suite 500
Springfield, Missouri 65806
Telephone: (417) 831-4406

2

# CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2026, the foregoing motion was electronically filed with the Clerk of the Court using the CM/ECF system for electronic delivery to all counsel of record.

/s/ Stephanie L. Wan
Stephanie L. Wan
Assistant United States Attorney

3